No. 64159.—Halsey Import Co. et al. *v.* United States, protests 58/9835, etc. (New York).

Opinion by JOHNSON, J.  In accordance with stipulation of counsel that the merchandise consists of wall plaques similar in all material respects to those the subject of *Ross Products, Inc.* v. *United States* (43 Cust. Ct. 74, C.D. 2106), the claim of the plaintiffs was sustained.

No. 64160.—Madison Import Corp. *v.* United States, protests 59/9618 and 59/21614 (Los Angeles).

Opinion by JOHNSON, J.  In accordance with stipulation of counsel that the merchandise consists of percussion caps similar in all material respects to those the subject of *Gold-Silver & Co.* v. *United States* (36 Cust. Ct. 51, C.D. 1753), the claim of the plaintiff was sustained.

No. 64161.—Frederik Lunning, Inc. *v.* United States, protest 59/30811 (New York).

Opinion by JOHNSON, J.  In accordance with stipulation of counsel that the merchandise consists of vases in mineral colors similar in all material respects to those the subject of Abstract 62694, the claim of the plaintiff was sustained.

No. 64162.—Industrial Chemical & Dye Co. *v.* United States, protest 59/19145 (New York).

Opinion by JOHNSON, J.  In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 64163.—Levatino Company, Inc. *v.* United States, protest 59/24781 (New York).

Opinion by JOHNSON, J.  In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.